IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 00–cv–02303–EWN–CBS

SHEILA G. KEELAN,

    Plaintiff,

v.

DENVER MERCHANDISE MART, a Colorado corporation,

    Defendant.

---

## ORDER

---

    Upon consideration of the "Proposed Supersedeas Bond", counsel is directed to follow the section V.Q. of the Electronic Case Filing Procedures for the District of Colorado ("A supersedeas bond requires court approval and shall be filed and transmitted as a proposed order under Section V.L.")  Inasmuch as the bond also contains other signatures, counsel must also follow section V.C.6. of the procedures.  Upon receipt of the word processing version of the document by e-mail to chambers, the court will proceed further.

    Dated this  2nd  day of September, 2005.

                                           BY THE COURT:

                                           s/Edward W. Nottingham
                                           EDWARD W. NOTTINGHAM
                                           United States District Judge