IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 00–cv–02303–EWN–CBS

SHEILA G. KEELAN,

    Plaintiff,

v.

DENVER MERCHANDISE MART, a Colorado corporation,

    Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion of Defendant for a Stay of Proceedings to Enforce Judgment and for Approval of Supersedeas Bond" (#112, filed August 29, 2005) is DENIED as moot.

Dated: February 28, 2006