IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 00–cv–02303–EWN–CBS

SHEILA G. KEELAN,

    Plaintiff,

v.

DENVER MERCHANDISE MART, a Colorado corporation,

    Defendant.

---

**ORDER RELEASING SUPERSEDEAS BOND**

---

The court, having reviewed the parties' Stipulated Motion to Release Supersedeas Bond, and being fully advised in the premise, hereby

**ORDERS, ADJUDGES, and DECREES** that the motion is GRANTED, and the Supersedeas Bond filed on August 25, 2005, is hereby released.

Dated this 13th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge